# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:22-cv-00119-MR-WCM

| | |
|---|---|
| PAKUJA CRYSTAL VANG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| VALDESE WEAVER, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court *sua sponte*.

The Plaintiff filed a Complaint in this matter on June 9, 2022. [Doc. 1]. The Plaintiff filed an application to proceed in this matter without prepaying fees or costs. [Doc. 2]. On June 27, 2022, the Magistrate Judge entered an Order denying the Plaintiff's application without prejudice. [Doc. 3]. More than thirty (30) days have passed since the entry of the Magistrate Judge's Order, and the Plaintiff has not filed an amended application or paid the required filing fee.

**IT IS, THEREFORE, ORDERED** that the Plaintiff shall file an amended application to proceed without the prepayment of fees or costs or pay the required filing fee within fourteen (14) days of the entry of this Order. The Plaintiff is specifically advised that failure to pay the required filing fee or file

the necessary application within the time required will result in the dismissal of this action without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Signed: August 5, 2022

Martin Reidinger
Chief United States District Judge