IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:22-cv-00119-MR-WCM

| | |
|---|---|
| PAJUKA CRYSTAL VANG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| VALDESE WEAVER, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court *sua sponte*.

The Plaintiff filed a Complaint in this matter on June 9, 2022. [Doc. 1]. The Plaintiff filed an application to proceed in this matter without prepaying fees or costs. [Doc. 2]. On June 27, 2022, the Magistrate Judge entered an Order denying the Plaintiff's application without prejudice. [Doc. 3]. On August 5, 2022, the Court entered an Order directing the Plaintiff to file an amended application or file the necessary application within the time required will result in the dismissal of this action without prejudice for failure to prosecute." [Id. at 1-2].

More than fourteen (14) days have now passed since the entry of the Court's Order, and the Plaintiff has failed to pay the $402.00 filing fee or

submit an amended application to proceed without prepayment of fees or costs.

Accordingly, **IT IS, THEREFORE, ORDERED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

Signed: August 31, 2022

Martin Reidinger
Chief United States District Judge